PD-1564-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/10/2015 10:18:55 PM
Accepted 2/12/2015 8:51:33 AM
ABEL ACOSTA
CLERK

NO. PD-1564-14

| | | |
|---|---|---|
| LESTER RAY GUY | * | IN THE COURT OF |
| Petitioner | * | |
| | | |
| VS. | * | CRIMINAL APPEALS |
| | * | |
| | | |
| THE STATE OF TEXAS | * | |
| Respondent | * | AT AUSTIN, TEXAS |

*granted to 2-17-15 PC 2-12-15*

# MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, LESTER RAY GUY, Appellant, and files this Motion for an Extension in which to file a Petitioner for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

## I.

The Petitioner's appeal was affirmed by the Third Court of Appeals on October 22, 2014. Motion for Rehearing and Rehearing En Banc were denied on December 11, 2014. Appellant's P.D.R. is therefore due by January 9, 2015. Counsel has requested one previous extensions. This Court granted that extension.

## II.

Pursuant to Texas Rules of Appellate Procedure 68.2(c) Petitioner would hereby request an extension of time in which to file his P.D.R.

## III.

Attorney for the Petitioner would further show the Court that he has been diligent in preparing Appellant's application in this case. Due to counsel's trial and appellate schedule he has

not been able to complete the research and drafting of the application, and would therefore request this extension so that he may timely do so. Counsel has had 3 jury trial settings in the last 35 days and was unable to complete the application. Counsel is currently in the middle of a trial in Hays County on two first degree felonies, and was unable to complete the PDR timely due to the start and preparation for this trial. Counsel will file the PDR on Tuesday February 17, 2015, which is within 15 days of the date the PDR is due pursuant to TRAP 68.2( c).

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Petitioner 's PDR to February 17, 2015

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)
Arielpayan@hotmail.com

___/s/ Ariel Payan_____
ARIEL PAYAN
State Bar No. 00794430

## CERTIFICATE OF SERVICE

By my signature above I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Petition for Discretionary Review has been delivered to the Criminal District Attorney, on February 10, 2015.